TODD BLANCHE                                                    JS-6
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
EMMA C. O'ROURKE-FRIEL, WSBA 58052
Special Assistant United States Attorney
         Program Litigation 1
         Social Security Administration | Law & Policy
         6401 Security Boulevard
         Baltimore, MD 21235
         Telephone: 410-965-6174
         Emma.c.orourke-friel@ssa.gov
         Attorneys for Defendant

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DAVID ERNEST HERRERA, | No. 2:25-cv-12217-DSR |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| FRANK BISIGNANO, | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on May 6, 2026.

DATED: May 6, 2026

_____
HONORABLE DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

2